No. 1192. **Buttz** v. **Charleston County**, November Term, 1881. D. H. Buttz, as assignee of two claims against the County of Charleston for salary due to a deputy coroner and his constable from December, 1879, to July 1880, presented these claims to the Board of County Commissioners, in November, 1880. This assignment bore date July 26th, 1880. In December, 1880, one Collins presented an assignment of earlier date than plaintiff's, for these same claims. The Board approved the claims, and declared Collins to be the proper owner and holder thereof. Plaintiff appealed to the Court of Common Pleas, where the case was tried *de novo* before his Honor, Judge Kershaw, and a jury. The verdict sustained

the action of the Board, except in an immaterial matter not here involved. On plaintiff's appeal, *held:*

1. The case having been tried *de novo*, exceptions to the action of the Board of County Commissioners are not pertinent to the inquiries presented to this court.

2. There being two rival claimants of the accounts, it was absolutely essential that the Board and the court should determine to whom the money was due. And if the Board erred in determining this question without giving to the claimants the opportunity of being heard, the appellant here can take no exception to such error by the Board, as he was fully heard at the trial *de novo* on Circuit. *Judgment affirmed.* OPINION by MR. JUSTICE McIVER, April 11th, 1882. *S. J. Lee,* for appellant; *J. E. Burke,* contra.